GAS 245B (Rev. 11/25) Judgment in a Criminal Case
DC Custody TSR

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA
v.
Jesus Manuel Marchan Daniel

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 6:25CR00013-2

USM Number: 08637-512

Tina Euginia Maddox
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to Count 4.

■ pleaded nolo contendere to Count(s) ____________ which was accepted by the court.

■ was found guilty on Count(s) ____________ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2313 | Possession of a stolen motor vehicle | November 14, 2024 | 4 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant has been found not guilty on Count(s) __________.

☒ Counts 1 through 3 are dismissed as to this defendant on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

October 22, 2026
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

11/2/2026
Date

DEFENDANT: Jesus Manuel Marchan Daniel
CASE NUMBER: 6:25CR00013-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Time served. This term of imprisonment shall be served concurrently with any sentence that may be imposed in the related pending charge in Emanuel County (Georgia). Upon release from confinement, the defendant shall be delivered to a duly authorized Immigration and Customs Enforcement officer for deportation proceedings.

■ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

■ The defendant shall surrender to the United States Marshal for this district:

- ■ at ______________ ■ a.m. ■ p.m. on ______________________ .
- ■ as notified by the United States Marshal.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ■ before 2 p.m. on ______________________ .
- ■ as notified by the United States Marshal.
- ■ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ______________________ to ______________________

at ______________________ , with a certified copy of this judgment.

______________________
UNITED STATES MARSHAL

By ______________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Jesus Manuel Marchan Daniel
CASE NUMBER: 6:25CR00013-2

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment ** |
|---|---|---|---|---|---|
| TOTALS | $100 | $216,700.00 | None | N/A | N/A |

■ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| State Farm Insurance (RE: Jason Hutchinson) | | $35,600.00 | 1 |
| USAA (RE: Robert Bass) | | $35,250.00 | 1 |
| Geico Texas County Mutual Insurance Co. (RE: Larry Bryant) | | $46,150.00 | 1 |
| The Progressive Corporation (RE: Beau Williams) | | $53,550.00 | 1 |
| State Farm Insurance, (RE: Edwin Suarez) | | $46,150.00 | 1 |
| TOTALS | | $216,700.00 | |

■ Restitution amount ordered pursuant to plea agreement $ ____________ .

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

■ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

■ the interest requirement is waived for the ■ fine ■ restitution.

■ the interest requirement for the ■ fine ■ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## SCHEDULE OF PAYMENTS

DEFENDANT: Jesus Manuel Marchan Daniel
CASE NUMBER: 6:25CR00013-2

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☒ Lump sum payment of $216,800.00 due immediately.

■ not later than ______________, or
■ in accordance ■ C ■ D ■ E, ☒ F below; or

B ■ Payment to begin immediately (may be combined with ■ C, ■ D, or ■ F below); or

C ■ Payment in ______________ *(e.g., weekly, monthly, quarterly)* installments of ________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ■ Payment in ______________ *(e.g., weekly, monthly, quarterly)* installments of ________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ■ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ■ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

| Case Number/ Codefendant | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| 6:25CR00013-1/ Nelson David Dominguez Camacho | $216,700.00 | $216,700.00 | As identified in the presentence report |
| 6:25CR00013-3/ Dennis Javier Vincent Perez | $216,700.00 | $216,700.00 | As identified in the presentence report |

■ The defendant shall pay the cost of prosecution.

■ The defendant shall pay the following court cost(s):

■ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.